**1439 HART vs. BOARD OF SUPERVISORS** (Genesee), No. 14800, 105 M., 209. (Certiorari to Genesee.)

To compel respondents to audit relator's account, under 3 How. Stat., Sec. 2155, for building a fish chute in his dam.

The circuit judge granted the writ. Affirmed April 30, 1895, with costs.

**1440 BEARD ET AL. vs. DE GOIT** (Clerk, Burdell Township), 58 M., 245.

To compel the clerk to countersign an order in favor of relators, for the construction of a bridge.

Denied October 27, 1885.

The lowest bidder declined to give the required security and the next higher bidder consenting, a contract was entered into by the commissioner with relators, who had not submitted a bid.

Held, that the commissioner had no authority to let jobs for which the statute requires sealed proposals, to persons who did not make such proposals and at a time subsequent to the opening of the bids.